# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                 Case No.   3:16-MJ-000095

    -vs-                                        Magistrate Judge Michael J. Newman

MARSUAN CONLEY
    Defendant.

## BINDOVER ORDER

    Defendant, on April 28, 2016, and with the advice of counsel, knowingly, intelligently, and voluntarily waived the preliminary examination.  Based on the affidavit filed in support of the criminal complaint, the Court finds there is probable cause to believe Defendant committed the offense(s) alleged in the complaint and orders that Defendant be bound over to the Grand Jury to answer to the charge(s).

    **IT IS SO ORDERED.**

April 28, 2016                                                            s/**Michael J. Newman**
                                                                               United States Magistrate Judge